IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jason A. Milner, et al.,

        Plaintiffs,

  v.

Robin Biggs, et al.,

        Defendants.

Case No. 2:10-cv-904

Judge Graham

Magistrate Judge King

OPINION AND ORDER

This matter is before the court on a motion for reconsideration filed by plaintiffs' attorney, Jason Shugart.  Doc. 160.  In an order dated April 5, 2013, this Court granted substantial sanctions against Mr. Shugart.  Doc. 159.  He now seeks reconsideration of that order.

Mr. Shugart claims to seek to rectify a clear error of law.  Doc. 160 at 2.  However, in his motion, he simply rehashes arguments that he has repeatedly made and that this Court and the Sixth Circuit Court of Appeals have rejected.  See docs. 48, 58, 156, 159.  He presents no new arguments and we need not again consider legal claims that this Court has previously characterized as Mr. Shugart's "obsession with [a] novel and unsupported theory of the [Ohio Consumer Sales Practices Act.]"  Doc. 159 at 35.  This obsession has "blinded Mr. Shugart to the costs of pursuit of a meritless theory, a pursuit that far exceeded zealous advocacy and unreasonably and vexatiously multiplied this litigation.  Mr. Shugart's obsession had costs and victims."  Id.

The motion for reconsideration is DENIED.

IT IS SO ORDERED.

                                         <u>S/ James L  Graham</u>
                                         James L. Graham
                                         UNITED STATES DISTRICT JUDGE

Date: April 16, 2013